McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:06-cr-00136 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUANCE |
| v. | ) | |
| | ) | |
| DAVID JOHN DEPEW, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Kelly, Assistant U.S. Attorney and Melody Walcott, attorney for defendant, that the government's response to the Motions To Dismiss will be due on July 31, 2006.  The parties also agree that the hearing on such motions be continued from July 24, 2006, 2005 to August 7, 2006 at 9:00 a.m.

///

///

///

///

Dated: July 17, 2006                    Respectfully submitted,

```
                                    McGREGOR W. SCOTT
                                    United States Attorney

                              By     /s/ Kimberly A. Kelly
                                    KIMBERLY A. KELLY
                                    Assistant U.S. Attorney

Dated: July 17, 2006                 /s/ Melody Walcott
                                    MELODY WALCOTT
                                    Attorney for Defendant
```

IT IS SO ORDERED.

**Dated:   July 21, 2006**                                   **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE