```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. NO. 05-00136 OWW
                                 )
12            Plaintiff,         )   STIPULATION TO CONTINUE
                                 )   EVIDENTIARY MOTIONS HEARING
13       v.                      )
                                 )
14  DAVID DEPEW,                 )
                                 )
15                               )
              Defendant.         )
16                               )
                                 )
17  _____)
```

It is stipulated and agreed between the parties that defendant's evidentiary motions hearing in the above matter currently set for Monday, September 25, 2006, be continued until Monday, October 2, 2006 at 9:00 a.m.

The parties stipulate that time will be excluded in this matter to and through Monday, October 2, 2006.

I hereby agree to the above stipulation.

Dated: 9-20-06

                                    /s/Kimberly A. Sanchez___
                                    Kimberly A. Sanchez
                                    Assistant U.S. Attorney

1

I hereby consent to the above stipulation.

Dated: 9-20-06

                    /s/Melody Walcott\_\_\_
                    Melody Walcott
                    Assistant Federal Defender

**ORDER**

It is ordered that the evidentiary hearing in this matter scheduled for September 25, 2006 is continued to October 2, 2006 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   September 22, 2006**           **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE