DANIEL J. BRODERICK, #89424
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID JOHN DEPEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-0136 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| DAVID JOHN DEPEW, | Date: December 4, 2006<br>Time: 9:00 A.M. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for November 27, 2006, **may be continued to December 4, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation and to allow the parties additional time for plea negotiation.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

        McGREGOR M. SCOTT
        United States Attorney

DATED: November 21, 2006      By  /s/ Kimberly Sanchez
        KIMBERLY SANCHEZ
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: November 21, 2006      By  /s/ Melody M. Walcott
        MELODY M. WALCOTT
        Assistant Federal Defender
        Attorney for Defendant
        DAVID JOHN DEPEW

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 21, 2006**        **/s/ Oliver W. Wanger**
emm0d6        UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order        −2−