DANIEL J. BRODERICK, #89424
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID JOHN DEPEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-0136  OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) | |
| DAVID JOHN DEPEW, | ) | Date:  January 8, 2007 |
| | ) | Time:  9:00 A.M. |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for December 4, 2006, **may be continued to January 8, 2007 at 9:00 a.m.**

The grounds for the continuance is to allow the parties additional time for plea negotiation.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

                                                  McGREGOR M. SCOTT
                                                  United States Attorney

DATED: December 1, 2006                By    /s/ Kimberly Sanchez
                                                                  KIMBERLY SANCHEZ
                                                                   Assistant United States Attorney
                                                                   Attorney for Plaintiff

                                                                   DANIEL J. BRODERICK
                                                                   Federal Defender

DATED: December 1, 2006                By    /s/ Melody M. Walcott
                                                                   MELODY M. WALCOTT
                                                                   Assistant Federal Defender
                                                                   Attorney for Defendant
                                                                   DAVID JOHN DEPEW

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   December 2, 2006**                     **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE