KELLAN S. PATTERSON, ESQ. SB No. 307190
**Law Office of Kellan Patterson**
2450 Venture Oaks Way, Suite 200
Sacramento, CA  95833
P: (916) 905-7265
F: (916) 721-2742
E: info@ksp-law.com

Attorney for DAVID JOHN DEPEW JR.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:06-cr-00136 KJM |
| Plaintiff, | **WAIVER OF DEFENDANT DAVID JOHN DEPEW JR.'S PERSONAL PRESENCE AT THE JUNE 13, 2024, ARRAIGNMENT ON THE SECOND SUPERSEDING PETITION FOR WARRANT OR SUMMONS** |
| v. | |
| DAVID JOHN DEPEW JR., | |
| Defendant. | |

Pursuant to *Rule 43 of the Federal Rules of Criminal Procedure*, the defendant, by and through his counsel of record, Kellan S. Patterson, hereby waives the right to be present in person in open court upon his arraignment on the Second Superseding Petitioner (ECF No. 55). The undersigned defendant requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally present in court; and further agrees to be present in person in court ready for trial or evidentiary hearing on any day and hour which the Court may fix in his absence.

It is further represented that the defendant has been advised of his constitutional rights and all other rights he has pertaining to this proceeding. The court is advised that Defendant was personally present at his initial arraignment where he was advised by the court of his rights and

the nature of these proceedings which defendant verbally represented to the court that he understood.

Defendant requests that the Court waive his personal appearance at the Arraignment scheduled for June 13, 2024, at 2:00 p.m., before Magistrate Judge Carolyn K. Delaney.

Dated: June 13, 2024

/s/ Kellan S. Patterson

Kellan S. Patterson
Attorney for DAVID DEPEW JR.

**ORDER**

Good Cause Appearing, **IT IS SO ORDERED** that Defendant's personal appearance at the June 13, 2024, arraignment is hereby waived.

Dated:  June 13, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2