ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:06-cr-00136-TLN |
| Plaintiff, | STIPULATION REGARDING DISPOSITIONAL HEARING; ORDER |
| v. | DATE: April 2, 2026 |
| DAVID JOHN DEPEW, JR., | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a dispositional hearing on a Superseding Petition for Violation of Supervised Release Conditions on April 2, 2026.

2.     On March 30, 2026, the U.S. Probation Office issued a Dispositional Memorandum.

3.     Defense seeks additional time to review the Dispositional Memorandum and to prepare its own memorandum in response.

4.     By this stipulation, the parties agree and stipulate to continue the dispositional hearing to April 23, 2026, at 9:30 a.m., to allow defense additional time for preparation.

5.     The U.S. Probation Office does not object to the continuance.

STIPULATION REGARDING DISPOSITIONAL HEARING                1

IT IS SO STIPULATED.

Dated:  March 31, 2026

ERIC GRANT
United States Attorney

/s/ Dhruv M. Sharma
Dhruv M. Sharma
Assistant United States Attorney

Dated:  March 31, 2026

*/s/ Kellan Patterson* (as
authorized on March 31, 2026)

## ORDER

IT IS SO FOUND AND ORDERED this 31st day of March, 2026.

Troy L. Nunley
Chief United States District Judge

STIPULATION REGARDING DISPOSITIONAL HEARING                2